IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 3:04-CR-34 |
| LEON A. SINGLETON, | |
| Defendant. | |

### ORDER

THIS MATTER is before the Court on a Motion to Modify Sentence Pursuant to 18 U.S.C. § 3582(c)(2) by Defendant Leon Singleton (Doc. No. 31), who seeks relief under pending Amendment 750 to the United States Sentencing Guidelines. Upon due consideration, the Court DIRECTS the United States Attorney's Office to respond to the Motion by providing the following information:

1. Defendant's currently-projected date of release;

2. Status of Defendant's educational and vocational training, if any;

3. Status of any treatment for substance abuse or physical or mental health;

4. Defendant's post-sentencing conduct, including Defendant's compliance with the rules of the institution(s) in which Defendant has been incarcerated; and

5. Any relevant considerations of public safety.

The United States is also DIRECTED to state in its Response whether it (a) supports Defendant's Motion; (b) does not take a position on the Motion; or (c) opposes the Motion, either because Defendant is not eligible for relief (e.g., because Defendant is a "career criminal," was convicted of offenses involving multiple drugs, or has been released from

prison), because Defendant poses a risk of harm to the public, or for any other reason. The United States' Response shall be due within forty-five (45) days of the date of this Order.

If Defendant opposes the Government's Response, Defendant may reply to the Government's Response within thirty (30) days of the date that it is filed.

In addition, the United States Probation Office, Richmond Division, is DIRECTED to recalculate Defendant's sentencing range under the Guidelines, as amended, as soon as possible. The Probation Office is also DIRECTED to provide a copy of that recalculated range, as well as the Defendant's original presentence report and worksheets, to the Court and the United States Attorney's Office.

Let the Clerk send a copy of this Order to the United States Probation Office, Richmond Division; the United States Attorney's Office; and all parties of record.

It is SO ORDERED.

> /s/
> James R. Spencer
> Chief United States District Judge

ENTERED this 7 day of November 2011.