

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEON A. SINGLETON,<br><br>        Defendant. | Criminal Action No. 3:04-CR-34 |

### ORDER

THIS MATTER is before the Court on a Motion pursuant to 18 U.S.C. § 3582(c)(2) by Defendant Leon Singleton (Doc. No. 31), who seeks relief under Amendment 750 to the United States Sentencing Guidelines. On September 27, 2004, Singleton was sentenced to serve 230 months in prison pursuant to the Sentencing Guidelines for his conviction for distribution and possession with the intent to distribute more than 5 grams of a mixture and substance containing cocaine base. Singleton was sentenced based on his status as a career offender under United States Sentencing Guidelines Manual § 4B1.1.

A court may modify a term of imprisonment after it has been imposed only if it was based on a sentencing range that was subsequently lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o). *United States v. Brewer*, 520 F.3d 367, 373 n.10 (4th Cir. 2008); *see also* United States Sentencing Guidelines Manual § 1B1.10 cmt. n.1(A) ("Eligibility for consideration under 18 U.S.C. § 3582(c)(2) is triggered only by an amendment listed in subsection (c) that lowers the applicable guideline range. . . .").

As Singleton's sentencing range has not been lowered by Amendment 750, he is ineligible for relief. Accordingly, Singleton's Motion is hereby DENIED.

1

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

/s/
James R. Spencer
United States District Judge

ENTERED this 3rd day of February 2012.