IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



UNITED STATES OF AMERICA

v.  Criminal No. **3:04CR34**

**LEON A. SINGLETON,**

Petitioner.

## MEMORANDUM ORDER
(Staying Proceedings on 28 U.S.C. § 2255 Motion)

Petitioner, a federal prisoner proceeding with counsel, submits this motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 seeking relief based upon the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). Specifically, Petitioner contends that *Johnson* invalidates his Career Offender sentence enhancement.

The Government has moved to hold Petitioner's 28 U.S.C. § 2255 Motion in abeyance pending the Supreme Court's forthcoming decision in *Beckles v. United States*, 136 S. Ct. 2510 (2016). The Government contends that the Supreme Court's ruling in *Beckles* will greatly clarify whether defendants are entitled to relief for *Johnson* challenges to the United States Sentencing Guidelines on collateral review. *See Blow v. United States*, No. 16-1530, 2016 WL 3769712, at *2 (2d Cir. July 14, 2016), *as amended* (July 29, 2016) ("[B]ecause the Supreme Court will likely decide in *Beckles* whether *Johnson* applies retroactively to the Guidelines, the district court is instructed to hold [the petitioner's] § 2255 motion in abeyance pending the outcome of *Beckles*."). In light of the foregoing circumstances, the Government's Motion to Hold § 2255 Motion in Abeyance (ECF No. 42) is GRANTED.

Within thirty (30) days after the Supreme Court decides *Beckles*, the Government shall file its response to the § 2255 Motion.

The Clerk is DIRECTED to send a copy of this Memorandum Order to counsel.

It is so ORDERED.

/s/
Roderick C. Young
United States Magistrate Judge

Date: September 7, 2016
Richmond, Virginia

2