IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



UNITED STATES OF AMERICA

v.                                                                Criminal No. **3:04CR34**

**LEON A. SINGLETON,**

       Petitioner.

## ORDER

       In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Singleton's § 2255 Motion (ECF No. 40) is DENIED;
2. The action is DISMISSED; and,
3. A certificate of appealability is DENIED.

       Singleton is advised that he may appeal the decision of this Court. Should he wish to do so, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the ability to appeal.

       The Clerk of the Court is DIRECTED to send a copy of this Order and accompanying Memorandum Opinion to counsel of record.

       It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 3/15/2018
Richmond, Virginia