IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**UNITED STATES OF AMERICA**

v.                                                                         Criminal Case No. 3:04CR34

**LEON A. SINGLETON,**

        **Defendant.**

## ORDER

This matter is before the Court on the Petition on Supervised Release (the "Petition"), (ECF No. 66), and the Addendum to the Petition on Supervised Release (the "Addendum"), (ECF No. 72). During the September 19, 2023 hearing in this matter, the Government's oral Motion to Dismiss the violation of the Mandatory Condition: Commission of a Crime – Malicious Wounding in the Addendum to the Petition on Supervised Release (ECF No. 72, at 2), was GRANTED. Mr. Singleton entered a plea of GUILTY as to the Petition and to the Addendum, specifically, Condition 7: Use of Marijuana and Cocaine, and was found GUILTY of violating the terms and conditions of his supervised release in the Petition and in the Addendum. Therefore, Mr. Singleton's term of supervised release is hereby REVOKED.

Mr. Singleton is remanded to the custody of the Bureau of Prisons for a term of FOUR (4) MONTHS imprisonment and shall be given CREDIT FOR TIME SERVED.

Upon release from imprisonment, there will be no term of supervised release to follow.

It is SO ORDERED.

Date: 9–20–2023
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge